UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WALKER,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>  Defendants. | Case No. 2:23-cv-02525-JDP (SS)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 11<br><br>PLAINTIFF'S OPENING BRIEF DUE FEBRUARY 20, 2024 |

Plaintiff moves for an extension of time to file his opening brief. ECF No. 11. Good causing appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 11, is granted.

2. Plaintiff is granted until February 20, 2024, to submit his opening brief.

IT IS SO ORDERED.

Dated:   February 6, 2024                               _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE