PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET BRANICK-ABILLA (CABN 223600)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WALKER, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 2:23-cv-02525-JDP <br><br> STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 21 days, from March 21, 2024 to April 11, 2024, for Defendant to respond to Plaintiff's motion for summary judgment, with all other dates extended accordingly.

    This is Defendant's first request for an extension of time. Plaintiff's counsel does not oppose the requested extension.

    The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Due to ongoing staffing fluctuations and organizational changes, the undersigned counsel for the Commissioner has been tasked with additional duties including

serving as a jurisdictional coordinator, reviewing other attorneys' work, training and mentoring new attorneys, and handling more cases, including a Ninth Circuit argument scheduled for April 1, 2024.  Additionally, the undersigned counsel for the Commissioner will be out of the office for almost two weeks in March traveling with an aged parent.  As a result, and despite diligent efforts to comply with this Court's Scheduling Order, the Commissioner needs an extension in the instant case to consider whether options exist for settlement, confer with his client as necessary, and prepare the Commissioner's response to Plaintiff's motion for summary judgment if settlement is not possible.

Respectfully submitted,

Dated: March 12, 2024  UNITED DISABILITY LAWYERS GROUP

By: */s/ Betty Herrera\**
BETTY HERRERA
Attorneys for Plaintiff
[*As authorized by James Gannon by e-mail on Mar. 12, 204]

Dated: March 18, 2024  PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:  */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

# **ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that the Commissioner shall have an extension of time until April 11, 2024, to respond to Plaintiff's motion for summary judgment, with all other dates extended accordingly.

IT IS SO ORDERED.

Dated:   March 18, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE