PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 570-4809
    Email: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WALKER, | Case No. 2:23-cv-02525-JDP |
| Plaintiff, | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [PROPOSED] ORDER** |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will further consider Plaintiff's past relevant work, further develop the record as appropriate, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 5, 2024        UNITED DISABILITY LAWYERS GROUP

By: */s/ Betty Herrera\**
BETTY HERRERA
Attorneys for Plaintiff
[*As authorized by James Gannon, Esq., via e-mail on Apr. 5, 2024]

Dated: April 15, 2024       PHILLIP A. TALBERT
United States Attorney

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

**[PROPOSED] ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:   April 15, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE